**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS A. HIGHTOWER, | 1:04-cv-6028 OWW SMS P |
| Plaintiff, | ORDER DENYING MOTION FOR RECONSIDERATION |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

Plaintiff has filed a motion for reconsideration of the Magistrate Judge's order dismissing the complaint with leave to amend not only for failures to comply with Rule 8, but due to substantive deficiencies that note improper venue and insufficient Eighth Amendment claim for effective medical care; improper assertion of Americans With Disabilities Act claims against individuals; an improper substantive due process claim sought to be joined with Eighth Amendment claim; an improper claim about the inmate appeals process and prison grievance systems; insufficient allegation of failure to train relative to supervisor liability; an absence of facts showing a denial of access to the courts claim; improper alleged joinder of other prisoners, who Plaintiff, a non-lawyer, cannot represent in any

1

capacity; an insufficient retaliation claim; insufficient First Amendment exercise of religion claim; a meritless claim under the Religious Freedom Restoration Act previously held unconstitutional; an insufficient conspiracy claim under Federal Rule of Civil Procedure 9; all of which have been specifically pointed out to Plaintiff. There is no change in the law, clear error, or other reason to reconsider the order dismissing the complaint without prejudice.

Plaintiff's motion for reconsideration is DENIED. A failure to file an amended complaint within ten (10) days following the date of service of this order will result in dismissal of the action.

IT IS SO ORDERED.

Dated: March 28, 2006  /s/ Oliver W. Wanger
emm0d6  UNITED STATES DISTRICT JUDGE