# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS A. HIGHTOWER,<br><br>  Plaintiff,<br><br>  v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>  Defendants.<br>_____ / | CASE NO. 1:04-cv-06028-OWW-SMS PC<br><br>ORDER GRANTING SECOND MOTION FOR THIRTY-DAY EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT<br><br>(Doc. 26)<br><br>ORDER DIRECTING CLERK'S OFFICE TO RE-SERVE ORDER 25 ON PLAINTIFF |

Plaintiff Thomas A. Hightower ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On March 8, 2007, the court dismissed plaintiff's amended complaint and ordered plaintiff to file a second amended complaint within thirty days. On April 10, 2007, plaintiff filed a motion seeking a forty-five day extension of time to comply, which was granted by the court on April 18, 2007. On May 22, 2007, plaintiff filed a second motion for an extension of time and stated that he never received an order addressing his first motion.

Good cause having been show, it is HEREBY ORDERED that:

1. Plaintiff's second motion for an extension of time is GRANTED;

2. Plaintiff shall file a second amended complaint within **thirty (30) days** from the date of service of this order; and

///

///

1

3. The Clerk's Office shall re-serve order 25 on plaintiff.

IT IS SO ORDERED.

**Dated: May 24, 2007**           **/s/ Sandra M. Snyder**
UNITED STATES MAGISTRATE JUDGE