# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS A. HIGHTOWER,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:04-cv-06028-OWW-SMS PC<br><br>ORDER GRANTING PLAINTIFF A THIRTY-DAY EXTENSION OF TIME TO FILE A SECOND AMENDED COMPLAINT<br><br>(Docs. 28 and 29) |

Plaintiff Thomas A. Hightower ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On March 8, 2007, the court dismissed plaintiff's amended complaint and ordered plaintiff to file a second amended complaint within thirty days. On June 25, 2007, and July 25, 2007, plaintiff filed motions seeking an extension of time to comply.

Plaintiff's motions for an extension of time are HEREBY GRANTED, and plaintiff shall file a second amended complaint within **thirty (30) days** from the date of service of this order.

IT IS SO ORDERED.

**Dated:   July 27, 2007**　　　　　　　　　　　　　/s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1