IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS A. HIGHTOWER, | 1:04-cv-06028-OWW-SMS (PC) |
| Plaintiff, | ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS |
| vs. | (DOCUMENT #33) |
| ARNOLD SCHWARZENEGGER, et al, | THIRTY DAY DEADLINE |
| Defendants. | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On April 22, 2008, plaintiff filed a motion to extend time to file an objection to the findings and recommendations. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file an objection to the findings and recommendations..

IT IS SO ORDERED.

Dated: April 30, 2008              /s/ Sandra M. Snyder
                                   UNITED STATES MAGISTRATE JUDGE