IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS A. HIGHTOWER,<br><br>Plaintiff,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al,<br><br>Defendants.<br>_____/ | 1:04-cv-06028-OWW-SMS (PC)<br><br>ORDER GRANTING SECOND MOTION TO EXTEND TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS<br><br>(DOCUMENT #35)<br><br>THIRTY DAY DEADLINE |

On May 27, 2008, plaintiff filed a motion to extend time to file objections to the findings and recommendations. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted **thirty (30) days** from the date of service of this order in which to file objections to the findings and recommendations.

IT IS SO ORDERED.

**Dated:   June 4, 2008**                                **/s/ Sandra M. Snyder**
                                                     UNITED STATES MAGISTRATE JUDGE