# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS A. HIGHTOWER,<br><br>Plaintiff,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | CASE NO. 1:04-cv-06028-OWW-SMS PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING CERTAIN CLAIMS AND DEFENDANTS<br><br>(Docs. 31 and 32)<br><br>ORDER REFERRING MATTER BACK TO MAGISTRATE JUDGE FOR INITIATION OF SERVICE OF PROCESS |

Plaintiff Thomas A. Hightower ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On March 19, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on Plaintiff and which contained notice to Plaintiff that any objection to the Findings and Recommendations was to be filed within thirty days. After obtaining two extensions of time, Plaintiff filed an Objection on June 27, 2008.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed March 19, 2008, is adopted in full;

///

1

2. This action shall proceed on Plaintiff's second amended complaint filed on August 13, 2007, against the following Defendants on the following claims:

| Defendant | Cognizable Claim(s) |
|---|---|
| P. Figuero | Retaliation |
| A.W. Cobbs | Deliberate Indifference to Plaintiff's Safety<br>Condition(s) of Confinement (re in cell feedings)<br>Retaliation<br>Failure to Act/Implementation of Policy |
| R.M. Diaz | Deliberate Indifference to Plaintiff's Safety<br>Retaliation |
| A. Santa Cruz | Condition(s) of Confinement (re in cell feedings)<br>Retaliation |
| T. Bareiro | Condition(s) of Confinement (re in cell feedings) |
| Dr. Klarich | Deliberate Indifference to Plaintiff's Serious Medical Needs |
| Dr. Nyguen | Deliberate Indifference to Plaintiff's Serious Medical Needs<br>Retaliation |
| Dr. Deering | Deliberate Indifference to Plaintiff's Serious Medical Needs |
| Dr. Wu | Deliberate Indifference to Plaintiff's Serious Medical Needs<br>Retaliation |
| D. Overly | Retaliation<br>Failure to Act/Implementation of Policy |
| E. McCant | Failure to Act/Implementation of Policy |
| Dr. Bhatt | Failure to Act/Implementation of Policy |
| D. Adams | Failure to Act/Implementation of Policy |
| L.L. Rianda | Failure to Act/Implementation of Policy |
| N. Grannis | Failure to Act/Implementation of Policy |
| J. Tilton | Failure to Act/Implementation of Policy |
| Zimmerman | Failure to Act/Implementation of Policy |
| J. Bollard | Failure to Act/Implementation of Policy |
| J. Ward | Failure to Act/Implementation of Policy |
| D. Duvall | Failure to Act/Implementation of Policy |
| F.S. Cotes | Failure to Act/Implementation of Policy |

| | | |
|---|---|---|
| | D.W. Sanchez | Failure to Act/Implementation of Policy |
| | D.W. Yates | Failure to Act/Implementation of Policy |
| | C. Dhalberg | Failure to Act/Implementation of Policy |
| | Barbiro | Failure to Act/Implementation of Policy |
| | K. Allison | Failure to Act/Implementation of Policy |
| | Appelbaum | Failure to Act/Implementation of Policy |
| | Arline | Failure to Act/Implementation of Policy |
| | Alemedia | Failure to Act/Implementation of Policy |
| | Aguillera-Moreno | Failure to Act/Implementation of Policy |
| | A. Schwarzenegger | Failure to Act/Implementation of Policy |

3. All of Plaintiff's claims except for those set forth above are dismissed with prejudice for failure to state a claim under 42 U.S.C. §§ 1983, 1985, or 1986;

4. Defendants M. Hodges-Wilkins, Rick Manuel, R. Hansen, H. Dunn, M.D., Does Health Care Manager, Doe R.N., M. Poshner, M.D., Mendoza Mailroom, R. Frost, C. Haunai Henry, B. Gomez, J. Lopez, Does Internal Affairs CDCR, B. Morales, CO Seinz, CO Silva, Ruff R.N., R. Wessel, CO Orth, T. Holmes, R. Lee, and C. Puguese are dismissed based on Plaintiff's failure to state a claim upon which relief may be granted against them; and

5. This matter is referred back to the Magistrate Judge for initiation of service of process.

IT IS SO ORDERED.

**Dated: July 7, 2008**     /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE