# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS A. HIGHTOWER, | CASE NO. 1:04-cv-06028-OWW-SMS PC |
| Plaintiff, | ORDER FINDING SERVICE OF SECOND AMENDED COMPLAINT APPROPRIATE, |
| v. | AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR |
| ARNOLD SCHWARZENEGGER, et al., | COMPLETION AND RETURN WITHIN THIRTY DAYS |
| Defendants. | |
| _____/ | (Doc. 31) |

Plaintiff Thomas A. Hightower ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on July 29, 2004. Pursuant to the Court's order of July 8, 2008, service of the second amended complaint, filed August 13, 2007, is appropriate as to the following claims and defendants:[1]

| Defendant | Cognizable Claim(s) |
|---|---|
| P. Figuero | Retaliation |
| A.W. Cobbs | Deliberate Indifference to Plaintiff's Safety |
| | Condition(s) of Confinement (re in cell feedings) |
| | Retaliation |
| | Failure to Act/Implementation of Policy |
| R.M. Diaz | Deliberate Indifference to Plaintiff's Safety |
| | Retaliation |
| A. Santa Cruz | Condition(s) of Confinement (re in cell feedings) |
| | Retaliation |

---

[1] All other claims and defendants have been dismissed.

1

| | |
|---|---|
| T. Bareiro | Condition(s) of Confinement (re in cell feedings) |
| Dr. Klarich | Deliberate Indifference to Plaintiff's Serious Medical Needs |
| Dr. Nyguen | Deliberate Indifference to Plaintiff's Serious Medical Needs<br>Retaliation |
| Dr. Deering | Deliberate Indifference to Plaintiff's Serious Medical Needs |
| Dr. Wu | Deliberate Indifference to Plaintiff's Serious Medical Needs<br>Retaliation |
| D. Overly | Retaliation<br>Failure to Act/Implementation of Policy |
| E. McCant | Failure to Act/Implementation of Policy |
| Dr. Bhatt | Failure to Act/Implementation of Policy |
| D. Adams | Failure to Act/Implementation of Policy |
| L.L. Rianda | Failure to Act/Implementation of Policy |
| N. Grannis | Failure to Act/Implementation of Policy |
| J. Tilton | Failure to Act/Implementation of Policy |
| Zimmerman | Failure to Act/Implementation of Policy |
| J. Bollard | Failure to Act/Implementation of Policy |
| J. Ward | Failure to Act/Implementation of Policy |
| D. Duvall | Failure to Act/Implementation of Policy |
| F.S. Cotes | Failure to Act/Implementation of Policy |
| D.W. Sanchez | Failure to Act/Implementation of Policy |
| D.W. Yates | Failure to Act/Implementation of Policy |
| C. Dhalberg | Failure to Act/Implementation of Policy |
| Barbiro | Failure to Act/Implementation of Policy |
| K. Allison | Failure to Act/Implementation of Policy |
| Appelbaum | Failure to Act/Implementation of Policy |
| Arline | Failure to Act/Implementation of Policy |
| Alemedia | Failure to Act/Implementation of Policy |
| Aguillera-Moreno | Failure to Act/Implementation of Policy |

A. Schwarzenegger    Failure to Act/Implementation of Policy

Accordingly, it is HEREBY ORDERED that:

1. Service shall be initiated on the aforementioned thirty-one defendants;

2. The Clerk of the Court shall send plaintiff thirty-one (31) USM-285 forms, thirty-one (31) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the second amended complaint filed August 13, 2007; and

3. Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a. Completed summons;

    b. One completed USM-285 form for each defendant listed above; and

    c. Thirty-two (32) copies of the endorsed second amended complaint filed August 13, 2007.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. The failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:    July 10, 2008**                    **/s/ Sandra M. Snyder**
                                                        UNITED STATES MAGISTRATE JUDGE