IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| THOMAS A. HIGHTOWER,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　　　　　　　Defendants. | Case No. 1:04-cv-06028-OWW-SMS PC<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>**(Doc. 62)**<br><br>**DEADLINE: OCTOBER 27, 2008** |

On September 24, 2008, Defendants filed a motion for extension of time to file their response to Plaintiff's complaint. For good cause shown, Defendants are granted an extension of time, to October 27, 2008, in which to file their response.

IT IS SO ORDERED.

**Dated:　September 25, 2008**　　　　　　　　　/s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

*[Proposed] Order*

1