IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| THOMAS A. HIGHTOWER,<br><br>Plaintiff,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | Case No. 1:04-cv-06028-OWW-SMS PC<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT**<br><br>**(Doc. 64)**<br><br>Deadline: 11/25/2008 |

On October 10, 2008, Defendants filed a request for extension of time to file their response to Plaintiff's second amended complaint. For good cause shown, Defendants are granted an extension of time, to November 25, 2008, in which to file their response.

IT IS SO ORDERED.

**Dated:** October 14, 2008          /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE