IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| THOMAS A. HIGHTOWER,<br><br>Plaintiff,<br><br>v.<br><br>SCHWARZENEGGER, et al.,<br><br>Defendants. | Case No. 1:04-cv-06028-OWW-SMS<br><br>**ORDER GRANTING DEFENDANT NGUYEN'S REQUEST, AND EXTENDING APPLICATION OF ORDER GRANTING EXTENSION OF TIME TO DEFENDANT NGUYEN**<br><br>**(Docs. 67 and 71)**<br><br>**Deadline to Respond: 11/25/08** |

On October 10, 2008, Defendants filed a request for an extension of time to file their response to Plaintiff's second amended complaint. The Court granted the request on October 15, 2008, and the deadline to respond is November 25, 2008. On November 6, 2008, Defendant Nguyen filed a request to join in the October 10 request for an extension of time.

Good cause having been shown, Defendant Nguyen's request is granted, and application of the October 15 order granting an extension of time to November 25, 2008, is extended to Defendant Nguyen.

IT IS SO ORDERED.

**Dated:   November 13, 2008**          /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE

1