IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS A. HIGHTOWER, | 1:04-cv-6028 OWW SMS (PC) |
| Plaintiff, | ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE RESPONSE TO DEFENDANT FIGUEROA'S MOTION TO DISMISS |
| vs. | |
| SCHWARZENEGGER, et al., | (DOCUMENT #74) |
| Defendants. | THIRTY- DAY DEADLINE |

On November 24, 2008, Plaintiff filed a motion to extend time to file response to Defendant Figueroa's motion to dismiss. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted **thirty (30) days** from the date of service of this order in which to file his response to Defendant Figueroa's motion to dismiss.

IT IS SO ORDERED.

**Dated:   December 10, 2008**          /s/ Sandra M. Snyder
                                         UNITED STATES MAGISTRATE JUDGE