1
2
3
4
5
6
7
8            IN THE UNITED STATES DISTRICT COURT FOR THE
9                   EASTERN DISTRICT OF CALIFORNIA
10
11   THOMAS A. HIGHTOWER,                 1:04-cv-06028 OWW SMS (PC)
12                                        ORDER  GRANTING PLAINTIFF'S  FIRST
                Plaintiff,               MOTION FOR SIXTY-DAY  EXTENSION
13                                        OF  TIME TO OPPOSE MOTION TO
           vs.                           DISMISS
14
     ARNOLD SCHWARZENEGGER, et al.,       (DOCUMENT #84)
15
                                         SIXTY-DAY DEADLINE
16              Defendants.
17   _____/
18        On January 5, 2009, plaintiff  filed a motion to extend time to oppose defendants'
19   motion to dismiss.  Good cause having been presented to the court and GOOD CAUSE
20   APPEARING THEREFOR, IT IS HEREBY ORDERED that:
21        Plaintiff is granted **sixty (60) days** from the date of service of this order in which to
22   oppose defendants' motion to dismiss.
23
24   IT IS SO ORDERED.
25   **Dated:    January 12, 2009**           /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE
26
27
28