# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS A. HIGHTOWER,<br><br>        Plaintiff,<br><br>   v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>        Defendants. | CASE NO. 1:04-cv-06028-OWW-SMS PC<br><br>ORDER FOR PLAINTIFF'S VOLUME II OF EXHIBITS TO BE FILED AND EXTENDING DEFENDANTS' TIME TO REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS<br><br>REPLY DUE ON OR BEFORE JULY 31, 2009 |

On June 23, 2009, the Clerk of the Court received a lengthy document entitled "Exhibits Vol. II Plaintiff Opp MTD." The Court has reviewed this document and finds that it relates to Plaintiff's opposition to Defendants' motion to dismiss. Plaintiff's verifications indicate that he placed all of his documents opposing Defendants' motion to dismiss for mailing on the same date. It appears that the delay in receipt of this second volume of exhibits was caused either by the prison, or the U.S. Postal Service, but in any event was due to reasons beyond Plaintiff's control. Thus, the document entitled "Exhibits Vol. II Plaintiff Opp MTD" is appropriate for filing. Due to the size of this additional volume of exhibits to Plaintiff's Opposition,[1] Defendants should receive additional time for filing their reply to Plaintiff's opposition to Defendants' motion to dismiss.

Accordingly, IT IS HEREBY ORDERED that:

(1) The Clerk of the Court is to file the document entitled "Exhibits Vol. II Plaintiff Opp MTD;" and

---

[1] It is almost an inch thick.

1

(2) Defendants are granted an extension of time, **up to and including July 31, 2009** to file their reply to Plaintiff's opposition to Defendants' motion to dismiss.

IT IS SO ORDERED.

**Dated:** **July 2, 2009**         /s/ Sandra M. Snyder
UNITED STATES MAGISTRATE JUDGE