# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

THOMAS HIGHTOWER,

        Plaintiff,

  v.

ARNOLD SCHWARZENEGGER, et. al.,

        Defendants.

_____/

CASE NO. 1:04-cv-06028-OWW-SMS (PC)

ORDER DISREGARDING DEFENDANT FIGUEROA'S MOTION FOR CLARIFICATION AS MOOT

(Doc. 124)

      Plaintiff, Thomas Hightower, ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action was previously proceeding on Plaintiff's Second Amended Complaint, filed August 13, 2007. (Doc. 31.) However, on September 11, 2009 this Court issued an order re-screening the Second Amended Complaint in light of changed pleading standards, <u>Ashcroft v. Iqbal</u>, ___ U.S. ___, 129 S.Ct. 1937 (2009); <u>Moss v. U.S. Secret Service</u>, 572 F.3d 962 (9th Cir. 2009), and dismissed the Second Amended Complaint with leave to amend. (Doc. 123.) On September 14, 2009, Defendant Figueroa filed a request for clarification of the Order Dismissing the Second Amended Complaint with Leave to Amend. (Doc. 124.) On October 9, 2009, this Court issued an Amended Order Dismissing the Second Amended Complaint with Leave to Amend. (Doc. 129.)

      Based on the foregoing, Defendant Figueroa's Request for Clarification on Court's Order Dismissing Second Amended Complaint with Leave to Amend, filed on September 14, 2009, is HEREBY DISREGARDED AS MOOT.

IT IS SO ORDERED.

**Dated:**    **October 14, 2009**                **/s/ Sandra M. Snyder**
                                    UNITED STATES MAGISTRATE JUDGE