# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS HIGHTOWER,<br><br>  Plaintiff,<br><br>   v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>  Defendants.<br>_____/ | CASE NO. 1:04-cv-06028-OWW-SMS PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS THAT THIS ACTION PROCEED ONLY AGAINST DEFENDANTS J. KLARICH, K. NYGUEN, D. DEERING, S. WU, AND A. SANTA CRUZ AND THAT DEFENDANT SCHWARZENEGGER BE DISMISSED<br><br>(Docs. 141 & 144)<br><br>30 DAY DEADLINE FOR DEFENDANTS TO RESPOND TO THIRD AMENDED COMPLAINT |

Plaintiff Thomas Hightower is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 1, 2010, the Magistrate Judge filed a Findings and Recommendations herein, subsequent to screening the Third Amended Complaint (Doc. 144) which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days. Neither side filed any objection(s).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. the Findings and Recommendations, filed September 1, 2010 (Doc. 144), is adopted in full;
2. this action is to proceed on Plaintiff's Third Amended Complaint, filed February 23, 2010 (Doc. 141) against:
   a. Defendants Dr. Klarich, Dr. Nyguen, Dr. Deering, Dr. Wu, and Capt. A. Santa Cruz for deliberate indifference to Plaintiff's serious medical needs in violation of the Eighth Amendment; and
   b. Defendant Capt. A. Santa Cruz for retaliating against Plaintiff because Plaintiff engaged in protected First Amendment activities;
3. all of Plaintiff's claims, other than as found cognizable immediately above, are dismissed for failure to state a claim upon which relief may be granted;
4. Defendant Governor Schwarzenegger is dismissed from this action with prejudice based on Plaintiff's failure to state any claims upon which relief may be granted against him;
5. Plaintiff's request for declaratory relief is dismissed with prejudice; and
6. Defendants J. Klarich, K. Nyguen, D. Deering, S. Wu, and A. Santa Cruz are ordered to file a response to the Third Amended Complaint (Doc. 141) within thirty (30) days of the date of service of this order.

IT IS SO ORDERED.

**Dated:   November 3, 2010**                 /s/ Oliver W. Wanger
                                              UNITED STATES DISTRICT JUDGE

2