1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED  STATES  DISTRICT  COURT

## EASTERN DISTRICT OF CALIFORNIA

THOMAS HIGHTOWER,                    CASE NO. 1:04-cv-06028-OWW-SKO PC

                    Plaintiff,
                                     ORDER ADOPTING FINDINGS AND
                                     RECOMMENDATIONS TO DENY
     v.                              DEFENDANTS' MOTION TO DISMISS FOR
                                     FAILURE TO EXHAUST ADMINISTRATIVE
ARNOLD SCHWARZENEGGER, et al.,       REMEDIES

                    Defendants.      (Docs. 151 & 166)

                                     30 DAY DEADLINE FOR DEFENDANTS
                                     DR. NYGUEN AND DR. WU TO RESPOND
                                     TO THIRD AMENDED COMPLAINT
_____/

     Plaintiff Thomas Hightower is a state prisoner proceeding pro
se and in forma pauperis in this civil rights action pursuant to 42
U.S.C. § 1983.   The matter was referred to a United States
Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local
Rule 302.

     June 30, 2011, the Magistrate Judge filed a Findings and
Recommendations to deny Defendants' motion to dismiss for
Plaintiff's failure to exhaust his administrative remedies prior to
filing suit (Doc. 151) which was served on the parties and which
contained notice to the parties that any objections to the Findings
and Recommendations were to be filed within thirty days.   (Doc.

1

1 166.)  Neither side filed objection(s).

2      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C),
3 this Court has conducted a _de novo_ review of this case.  Having
4 carefully reviewed the entire file, the Court finds the Findings
5 and Recommendations to be supported by the record and by proper
6 analysis.

7      Accordingly, IT IS HEREBY ORDERED that:

8     1.   the Findings and Recommendations, filed June 30, 2011
9        (Doc. 166), is adopted in full;

10     2.   the motion to dismiss filed by Defendants Dr. Nyguen and
11        Dr. Wu for Plaintiff's failure to exhaust available
12        administrative remedies under Federal Rule of Civil
13        Procedure 12(b), filed December 3, 2010 (Doc. 151) is
14        DENIED WITH PREJUDICE; and

15     3.   Defendants Dr. K. Nyguen and Dr. S. Wu are ordered to
16        file a response to the Third Amended Complaint (Doc.
17        141) within thirty (30) days of the date of service of
18        this order.

19 IT IS SO ORDERED.

20 Dated:   __August 18, 2011__       _____/s/ Oliver W. Wanger_____
                                  UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28