# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS A. HIGHTOWER, | CASE NO. 1:04-cv-06028-AWI-SMS |
| Plaintiff, | ORDER DISMISSING ACTION, WITH PREJUDICE, PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii), AND DIRECTING CLERK OF COURT TO CLOSE FILE |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | (Doc. 191) |
| Defendants. | |

Plaintiff, Thomas Hightower, is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's Third Amended Complaint, filed on February 10, 2010, against Defendants Klarich, Nguyen, Deering, Wu, and Santa Cruz for violation of the Eighth Amendment and against Defendant Santa Cruz for violation of the First Amendment.[1]

On October 23, 2012, the parties filed a fully executed stipulation for voluntary dismissal with prejudice. (Doc. 191.) Pursuant to statute, the dismissal pursuant automatically terminates this case. See Fed. R. Civ. P. 41(a)(1)(A)(ii); In re Wolf, 842 F.2d 464, 466 (D.C. Cir. 1989)

Accordingly, this action is HEREBY DISMISSED, with prejudice, and the Clerk of the Court SHALL close the file.

IT IS SO ORDERED.

Dated:  October 26, 2012

CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Only Defendants Nguyen and Wu appeared in the action. Defendants Klarich, Deering, and Santa Cruz are deceased, and they neither were served nor made any appearance in this action prior to their deaths.

1